

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Tile Industry Health and Welfare Fund<br><br>          **Plaintiff,**<br>       V.<br><br>California Granite & Flooring, Inc., a California corporation; Carlos Arizmendi, Sr., an individual<br><br>          **Defendant.** | Civil Action No.   22cv795-LAB(KSC)<br><br>**DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is ordered and adjudged that Plaintiff shall recover from Defendants $86,550.34, consisting of $71,747.48 in unpaid fringe benefit contributions; $5,877.40 in interest; $8,255.00 in attorney's fees; and $670.46 in costs.

Date:   11/21/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ R. Chapman

R. Chapman, Deputy